No. 96–8395.   ASHING v. ILLINOIS.   App. Ct. Ill., 5th Dist. Certiorari denied.

No. 96–8410.   DARWALL v. MICHIGAN.   C. A. 6th Cir.   Certiorari denied.

No. 96–8412.   BELTON v. DEPARTMENT OF VETERANS AFFAIRS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 96–8419.   BALLOD v. PENNSYLVANIA ET AL.   Commw. Ct. Pa.   Certiorari denied.

No. 96–8428.   JUDD v. UNIVERSITY OF NEW MEXICO ET AL. C. A. 10th Cir.   Certiorari denied.

No. 96–8434.   KABAKOW v. AMERICAN SAVINGS BANK ET AL. C. A. 9th Cir.   Certiorari denied.

No. 96–8446.   JAMES v. COURT OF COMMON PLEAS OF SOUTH CAROLINA, SUMTER COUNTY, ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 96–8457.   EVANS v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 96–8467.   DRUMMOND v. MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 96–8484.   VIEUX v. MASSACHUSETTS.   App. Ct. Mass. Certiorari denied.

No. 96–8504.   ALTSCHUL v. TEXAS (two judgments).   Ct. Crim. App. Tex.   Certiorari denied.

No. 96–8521.   SWEENEY v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 96–8539.   MCRAE v. BROWN, SECRETARY OF VETERANS AFFAIRS.   C. A. Fed. Cir.   Certiorari denied.

No. 96–8550.   MALLIA v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.